GRACE LINE, Inc., as owner of THE SANTA ROSA, Libellant-Appellee,

v.

THE C. HAYWARD MESECK, Respondent,

Meseck Towing Lines, Inc., Claimant-Appellant.

No. 46, Docket 24646.

United States Court of Appeals Second Circuit.

Argued Oct. 11, 1957.

Decided Oct. 31, 1957.

Vincent A. Catoggio, of Purdy, Lamb & Catoggio, New York City, for claimant-appellant.

Raymond T. Greene, of Kirlin, Campbell & Keating, New York City, for libellant-appellee.

Before CLARK, Chief Judge, and LUMBARD and MOORE, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Herlands, D.C.S.D.N.Y., 150 F. Supp. 425.